IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY | ) ) ) |
| v. | ) NO. 3-14-1846 ) JUDGE CAMPBELL |
| LILANA SANCHEZ d/b/a LS PLUMBING, et al. | ) ) |

ORDER

Pending before the Court is a Joint Motion to Dismiss Defendants State & Louise, LLC and 216 Louise, LLC (Docket No. 61), to which no opposition has been filed. The Motion is GRANTED, and Plaintiff's claims against Defendants State & Louise, LLC and 216 Louise, LLC are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE