UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

WESTERN WORLD INSURANCE )
COMPANY )
 )
 )
 )
 )
 )
v. ) NO. 3:14-1846
 ) JUDGE CAMPBELL
 )
 )
LILANA SANCHEZ d/b/a LS PLUMBING, et al. )

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/21/15.

      KEITH THROCKMORTON, CLERK
      s/Alia D. Morgan, Deputy Clerk